UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ABDULLAH SPENCER EL DEY, :
:
                      Plaintiff, :
: 20-CV-7208 (JMF)
       -v- :
: SCHEDULING ORDER
CYNTHIA BRANN, *Commissioner DOC*, et al., :
:
                      Defendants. :
:
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As stated on the record at the pretrial conference held on April 22, 2021 pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is hereby ORDERED that the deadline for all discovery in this matter, whether by interrogatories, depositions, or production of documents, is **four months from the date of this Order**. Attached to this Order is a Discovery Guide that describes the discovery process in more detail.

        It is further ORDERED that Plaintiff sign and execute medical releases authorizing Defendants to access his medical records (copies of which he has received from Defendants), and return them to Defendants within **30 days from the date of this Order**.

        No later than **three weeks after the date on which Defendants receive Plaintiff's medical records**, Defendants shall confer with Plaintiff about the possibility of settlement and file a letter with the Court indicating whether the parties believe a referral to a magistrate judge for a settlement conference would be appropriate.

        It is further ORDERED that any motion for summary judgment must be filed and served within **30 days of the close of discovery**. If a motion is filed, any opposition must be filed and

served within **30 days** of the motion being filed.  Reply papers, if any, must be filed and served within **two weeks** of the opposition is filed.  If Defendants file a motion for summary judgment, they shall provide Plaintiff with a "Notice For *Pro Se* Litigants Regarding Opposition to a Summary Judgment Motion" pursuant to Local Civil Rule 56.2.

It is further ORDERED that no later than **seven days after the close of discovery**, each party shall file a letter with the Court indicating whether the party intends to file a motion for summary judgment in the case.

It is further ORDERED that either party may request an extension of the dates for the completion of discovery or for pretrial motions, and they will be extended if the party requesting the extension demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.  If no extensions are granted, no discovery or pretrial motions will be permitted after the dates specified herein.

It is further ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, or such other action as may be just in the circumstances.

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff.

SO ORDERED:

Dated: April 22, 2021
New York, New York                                              JESSE M. FURMAN
                                                                United States District Judge