UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                                                      :
ABDULLAH SPENCER EL DEY,                                               :
                                                                      :
                                    Plaintiff,                        :
                                                                      :        20-CV-7208 (JMF)
                    -v-                                                :
                                                                      :        ORDER
CYNTHIA BRANN, et al.,                                                 :
                                                                      :
                                    Defendants.                       :
                                                                      :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 13, 2021, Defendants filed a motion to dismiss Plaintiff's claims pursuant to Rules 37(b) and 42(b) of the Federal Rules of Civil Procedure. ECF No. 27. Plaintiff shall file any opposition to the motion no later than **August 16, 2021**. Any reply shall by filed by **August 23, 2021**. If Plaintiff does not file a response to Defendants' motion by that date, the motion will be treated as unopposed and the case may be dismissed without further notice as abandoned and/or for lack of prosecution.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: July 14, 2021
       New York, New York

                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge