UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ABDULLAH SPENCER EL DEY,                          :
:
Plaintiff,       :
:        20-CV-7208 (JMF)
-v-                         :
:        ORDER
:
CYNTHIA BRANN, et al.,                            :
:
Defendants.     :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In a document dated August 9, 2021 and received by the Court on September 7, 2021, Plaintiff submitted a letter response to Defendants' Motion to Dismiss for Lack of Prosecution. *See* ECF No. 33.  In the same document, Plaintiff also submitted information in response to Defendants' discovery requests.  *See* ECF No. 34.  Absent a discovery dispute, discovery materials are to be served on the opposing party, not filed with the Court.  Accordingly, and because the materials here contain some of Plaintiff's personally identifying information, the Clerk of Court is directed to restrict viewing of ECF No. 34 to the parties and the Court only.  The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: September 9, 2021
       New York, New York
                                               JESSE M. FURMAN
                                         United States District Judge