UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ABDULLAH SPENCER EL DEY, :
:
Plaintiff, :
: 20-CV-7208 (JMF)
-v- :
: ORDER
CYNTHIA BRANN, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 15, 2022, the Government filed a letter motion seeking leave to move to revoke Plaintiff's *in forma pauperis* status, and to hold in abeyance Defendants' deadline to file a motion for summary judgment. *See* ECF No. 50. The Government's letter motion is GRANTED. Any motion to revoke Plaintiff's status shall be filed by **July 12, 2022**. Any opposition shall be filed by **August 9, 2022**. Any reply shall be filed by **August 16, 2022**. If Defendants' motion to revoke is denied, any motion for summary judgment shall be filed within three weeks of the Court's Opinion. Any opposition shall be filed within twenty-eight days of the motion for summary judgment, and any reply shall be filed within seven days of any opposition. If Defendants' motion is granted, the Court will address next steps at that time.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: June 21, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge