UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ABDULLAH SPENCER EL DEY,

                Plaintiff,

        -v-

CYNTHIA BRANN, et al.,

                Defendants.
---------------------------------------------------------------------X

20-CV-7208 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

According to Defendant's July 11, 2022 Affidavit of Service, ECF No. 58, and the New York State Department of Corrections, Plaintiff has been moved to Green Haven Correctional Facility. His address is now:

    Abdullah Spencer El Dey #22B2647
    Green Haven Correctional Facility
    594 NY-216
    Stormville, New York 12582

Plaintiff is reminded that he should promptly inform the Court of any change in address.

The Clerk of Court is directed to update Plaintiff's address on the docket and mail a copy of the Court's June 21, 2022 Order, ECF No. 52, and this Order, to Plaintiff.

SO ORDERED.

Dated: July 15, 2022
      New York, New York

                                  JESSE M. FURMAN
                                 United States District Judge