UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ABDULLAH SPENCER EL DEY,

                Plaintiff,        20-CV-7208 (JMF)

      -v-        ORDER

CYNTHIA BRANN, et al.,

                Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On August 11, 2022, the Court issued an Order directing Plaintiff to show cause by August 23, 2022, why Defendants' Motion to Revoke Plaintiff's *in forma pauperis* status should not be deemed unopposed. *See* ECF No. 60. On August 26, 2022, the Court was notified that the Order to Show Cause was returned to sender because Plaintiff is no longer detained at Green Haven Correctional Facility. Accordingly, counsel for Defendants is directed to conduct an inquiry into Plaintiff's whereabouts and submit a letter to the Court by **September 9, 2022**, with his current and/or last known address(es).

    SO ORDERED.

Dated: August 29, 2022
       New York, New York        _____
                                                  JESSE M. FURMAN
                                           United States District Judge