UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ABDULLAH SPENCER EL DEY,                                             :
:
                 Plaintiff,                 :        20-CV-7208 (JMF)
:
    -v-                                                             :        ORDER
:
CYNTHIA BRANN, et al.,                                               :
:
                 Defendants.                :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 16, 2022, the Court issued a Memorandum Opinion and Order denying Defendants' Motion to Revoke Plaintiff's *in forma pauperis* status. *See* ECF No. 65. In that same Order, the Court directed Plaintiff to file a letter with the Court on or before October 17, 2022, if he intends to continue prosecuting this case. *Id.* Finally, the Court directed counsel for Defendants to conduct a diligent inquiry into Plaintiff's whereabouts and serve a copy of the Order on him. *Id.* On September 23, 2022, counsel for Defendants filed an Affidavit of Service, stating that they had mailed the Order to Plaintiff at the 30th Street Men's Intake Shelter. ECF No. 66. On September 28, 2022, however, the Court was notified that the Order was returned to sender because Plaintiff is no longer residing at the 30th Street Men's Intake Shelter. Accordingly, counsel for Defendants is directed to conduct another diligent inquiry into Plaintiff's whereabouts, to mail a copy of the September 16, 2022 Order to Plaintiff, and to file proof of service on or before **October 7, 2022**.

       SO ORDERED.

Dated: October 3, 2022
       New York, New York
                                                 JESSE M. FURMAN
                                                 United States District Judge